IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

FILED
FEB 15 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-020 |
| v. | INDICTMENT |
| MARISSA RALEEN MORGAN, | T. 18 U.S.C. § 922(a)(6) |
| Defendant. | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 932(b)(1) |
| | T. 18 U.S.C. § 932(c)(1) |
| | T. 18 U.S.C. § 934 |
| | T. 18 U.S.C. § 924(a)(1)(A) |
| | T. 18 U.S.C. § 924(a)(2) |
| | T. 18 U.S.C. § 924(d) |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(False Statement During Purchase of a Firearm)**

On or about March 18, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, in connection with the acquisition of a firearm, namely: a Heritage, model Rough Rider, .22 caliber revolver, with serial number 1BH516722, from Bass Pro Shops Outdoor World #043, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about March 18, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly made a false statement and representation to Bass Pro Shops Outdoor World #043, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bass Pro Shops Outdoor World #043. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Straw Purchasing of a Firearm)

On or about July 26, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly purchased a firearm, namely: a Glock, Model 29 Gen 4, ten-millimeter pistol, with serial number BWBX921, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of Dontavius Rashawn Sharkey, knowing or having reasonable cause to believe that Dontavius Rashawn Sharkey had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, or conspired to do so.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(False Statement During Purchase of a Firearm)**

On or about July 26, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, in connection with the acquisition of a firearm, namely: a Glock, Model 29 Gen 4, ten-millimeter pistol, with serial number BWBX921, from JT Guns & Supply, LLC in Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (False Statement During Purchase of a Firearm)

On or about July 26, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly made a false statement and representation to JT Guns & Supply, LLC in Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JT Guns & Supply, LLC in Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Straw Purchasing of a Firearm)

On or about August 3, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly purchased a firearm, namely: a Glock, Model 45 Gen 5, nine-millimeter pistol, with serial number BUVR572; and a Glock, Model 45, nine-millimeter pistol, with serial number BWVM330, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of Dontavius Rashawn Sharkey, knowing or having reasonable cause to believe that Dontavius Rashawn Sharkey had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, or conspired to do so.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (False Statement During Purchase of a Firearm)

On or about August 3, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, in connection with the acquisition of a firearm, namely: a Glock, Model 45 Gen 5, nine-millimeter pistol, with serial number BUVR572; and a Glock, Model 45, nine-millimeter pistol, with serial number BWVM330, from Rangemaster Training Center in Clive, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearms. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearms listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (False Statement During Purchase of a Firearm)

On or about August 3, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly made a false statement and representation to Rangemaster Training Center in Clive, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Rangemaster Training Center in Clive, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearms listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
### (Straw Purchasing of a Firearm)

On or about August 15, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly purchased a firearm, namely: a Glock, Model 29 Gen 4, ten-millimeter pistol, with serial number BXDX854, in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of Dontavius Rashawn Sharkey, knowing or having reasonable cause to believe that Dontavius Rashawn Sharkey had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, or did conspire to do so.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
**(False Statement During Purchase of a Firearm)**

On or about August 15, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, in connection with the acquisition of a firearm, namely: a Glock, Model 29 Gen 4, ten-millimeter pistol, with serial number BXDX854, from Scheels All Sport in West Des Moines, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
### (False Statement During Purchase of a Firearm)

On or about August 15, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly made a false statement and representation to Scheels All Sport in West Des Moines, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels All Sport in West Des Moines. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 12</u>
**(False Statement During Purchase of a Firearm)**

On or about December 14, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, in connection with the acquisition of a firearm, namely: a Smith and Wesson, Model SD9VE, nine-millimeter pistol, with serial number FEB2980, from Scheels All Sport in West Des Moines, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 13**</u>
**(False Statement During Purchase of a Firearm)**

On or about December 14, 2022, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, knowingly made a false statement and representation to Scheels All Sport in West Des Moines, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels All Sport in West Des Moines. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (Unlawful User in Possession of a Firearm)

On or about January 5, 2023, in the Southern District of Iowa, the defendant, MARISSA RALEEN MORGAN, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following:

1. a loaded Heritage, model Rough Rider, .22 caliber revolver, with serial number 1BH516722; and

2. a Smith and Wesson, model SD9VE, nine-millimeter pistol, with serial number FEB2980.

At the time of the offense, the defendant knew she was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense(s) alleged in Counts 1, 2, 4, 5, 7, 8, 10, 11, 12, 13, and/or 14 of this Indictment, the defendant, MARISSA RALEEN MORGAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 1, 2, 4, 5, 7, 8, 10, 11, 12, 13, and 14 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 3, 6, and/or 9 of this Indictment, the defendant, MARISSA RALEEN MORGAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 3, 6, and 9 of this Indictment.

This is pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney