IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Criminal No. 4:23-cr-020 | |
| | ) | | |
| v. | ) | MOTION FOR FINAL | |
| | ) | ORDER OF FORFEITURE | |
| MARISSA RALEEN MORGAN, | ) | | |
| | ) | | |
| Defendant. | ) | | |

COMES NOW the United States of America, through Assistant U.S. Attorney Craig Peyton Gaumer, and files its Motion for Final Order of Forfeiture.

1. **Statutory Authority.** The Court's authority in this matter is founded upon 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.

2. **Preliminary Order of Forfeiture.** The Court entered a Preliminary Order of Forfeiture on August 10, 2023 (R. Doc. 60), ordering the forfeiture of the Defendant's interest in the following property[1]:

**A Glock, model 29 Gen 4, 10mm pistol (SN: BWBX921).**

The forfeiture was contained in the Amended Judgment of Conviction. (R. Doc. 96.)

3. **Notice to Third Parties.** In accordance with federal law, the notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was published for thirty consecutive days on an official government internet site (www.forfeiture.gov). This notice advised any third-parties that any

---

[1] The Glock, model 45 Gen 5, 9mm pistol (SN: BUVR572) and the Glock, model 45, 9mm pistol (SN: BWVM330) listed in the Preliminary Order of Forfeiture (R. Doc 60) were both returned to the FFL.

person asserting a legal interest in the property subject to forfeiture had sixty (60) days from the first date of publication of notice to petition the Court to adjudicate the validity of his/her alleged interest in the property. A Declaration of Publication was filed herein specifying the details of this publication. (R. Doc. 118.)

4. **Third-Party Claims.** No third party has filed a petition contesting the forfeiture. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture, as set forth in the attached order.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Attorney's Office
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

_____U.S. Mail \_\_\_\_\_Fax \_\_\_\_\_Hand Delivery \_\_X\_\_ECF/Electronic filing \_\_\_Other means

UNITED STATES ATTORNEY
By: */s/ K. Saltos*
Paralegal Specialist